**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE,<br><br>   Plaintiffs,<br><br>   v.<br><br>AMGEN INC.,<br><br>   Defendant. | C.A. No. 17-1471-CFC |

**JOINT STIPULATION OF DISMISSAL**

This stipulation is made by and between Plaintiffs Genentech, Inc. and City of Hope and Defendant Amgen Inc. (all collectively, "the Parties").

WHEREAS, Plaintiffs and Defendant have asserted various claims and counterclaims in the above-captioned case; and

WHEREAS, the Parties have entered into a Bevacizumab Settlement Agreement, and mutually agree to voluntarily dismiss all claims and counterclaims asserted in the above-captioned case with prejudice;

NOW THEREFORE IT IS HEREBY JOINTLY STIPULATED by the Parties that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, and demands asserted in the above-captioned case are hereby dismissed with prejudice; and

2. Each party will bear its own attorneys' fees and costs with respect to the above-captioned case.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ Melanie K. Sharp* |
| MCCARTER & ENGLISH LLP<br>Michael P. Kelly (No. 2295)<br>Daniel M. Silver (No. 4758)<br>Alexandra M. Joyce (No. 6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Genentech, Inc. and City of Hope*<br><br>WILLIAMS & CONNOLLY LLP<br>Paul B. Gaffney<br>David I. Berl<br>Thomas S. Fletcher<br>Kyle E. Thomason<br>Teagan J. Gregory<br>C. Luke McCloud<br>Kathryn S. Kayali<br>725 Twelfth St. NW<br>Washington, DC 20005<br>(202) 434-5000<br><br>*Attorneys for Genentech, Inc.*<br><br>DURIE TANGRI<br>Daralyn J. Durie<br>Adam R. Brausa<br>David F. McGowan<br>Eneda Hoxha<br>Eric C. Wiener<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>(415) 362-6666<br><br>*Attorneys for Genentech, Inc. and City of Hope* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br><br>PROSKAUER ROSE LLP<br>Siegmund Y. Gutman<br>Amir Naini<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>(310) 557-2900<br><br>Steven M. Bauer<br>Gourdin W. Sirles<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br><br>*Attorneys for Amgen Inc.* |

Dated: July 7, 2020